IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PAVEL AMADOR FERNANDEZ,
Plaintiff, Pro Se,

v.

MIAMI-DADE COUNTY,
MIAMI-DADE POLICE DEPARTMENT,
MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT,
and other responsible entities,
Defendants.

> FILED BY _MCO_ D.C.
>
> MAR 3 1 2026
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - MIAMI

Case No.: _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. § 1983)

Plaintiff, Pavel Amador Fernandez, proceeding pro se, alleges:

---

## I. INTRODUCTION

1. This action arises from longstanding and repeated misidentification of Plaintiff as another individual, Jaime Fuentes, resulting in wrongful detention, forced misidentification, and ongoing risk of harm.
2. The misidentification has been known to government authorities for many years and was formally recognized by the State Attorney's Office as a "misuse of identification" issue.
3. Despite notice, documentation, and a prior judicial directive requiring correction of Plaintiff's identification records, Defendants failed to correct the error.
4. As a result, Plaintiff continues to face a substantial risk of wrongful custodial detention and serious harm.

---

## II. PARTIES

5. Plaintiff Pavel Amador Fernandez is a resident of Miami-Dade County, Florida.
6. Defendant Miami-Dade County is responsible for law enforcement and correctional operations.
7. Defendant Miami-Dade Police Department is responsible for arrest and identification procedures.
8. Defendant Miami-Dade Corrections and Rehabilitation Department is responsible for custodial processing and fingerprinting systems.

## III. FACTUAL ALLEGATIONS

9. Plaintiff has been repeatedly misidentified as an individual named Jaime Fuentes.
10. This misidentification has resulted in detention, custodial processing, and confusion in court proceedings.
11. As early as 2009, official records confirmed that Plaintiff's fingerprint and identification data were incomplete or inaccurate.
12. In 2010, the State Attorney's Office formally identified Plaintiff's case as involving "misuse of identification," confirming that the issue was known to government authorities.
13. Despite this knowledge, the error was never properly corrected.
14. Plaintiff has been required to sign documents under the incorrect identity and has been processed in custody as Jaime Fuentes.
15. Plaintiff presented himself to authorities to correct the fingerprint issue but was instead detained and handcuffed under the incorrect identity.
16. The misidentification has appeared repeatedly in court proceedings, demonstrating an ongoing systemic failure.

## IV. MEDICAL CONDITION AND RISK

17. Plaintiff suffers from metastatic colon cancer with liver involvement and requires continuous medical supervision and treatment.
18. Medical documentation confirms that interruption of treatment or custodial detention poses a significant risk of serious deterioration and life-threatening complications.
19. Any future custodial detention based on misidentification would place Plaintiff at substantial and immediate medical risk.

## V. DAMAGES

20. Plaintiff has suffered financial harm, including loss of work, business opportunities, and income.
21. Plaintiff has suffered reputational harm and emotional distress affecting his personal and family relationships.
22. Plaintiff continues to face an ongoing threat of harm due to unresolved misidentification.

## VI. CLAIMS FOR RELIEF

COUNT I – FOURTH AMENDMENT VIOLATION

23. Defendants subjected Plaintiff to unreasonable seizure through wrongful detention based on misidentification.

## COUNT II – FOURTEENTH AMENDMENT VIOLATION

24. Defendants deprived Plaintiff of liberty without due process by failing to correct known identification errors.

## COUNT III – FAILURE TO TRAIN / SUPERVISE

25. Defendants failed to properly train or supervise personnel, resulting in repeated violations of Plaintiff's rights.

## VII. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff;

B. Order Defendants to correct all identification records associated with Plaintiff;

C. Prohibit future custodial detention based on disputed identity without proper verification;

D. Award compensatory damages;

E. Grant any further relief the Court deems just and proper.

Respectfully submitted,

PAVEL AMADOR FERNANDEZ
12310 SW 253 ST
Miami, FL 33032
Phone: 970-318-0340
Email: amadorpavel312@gmail.com

Date: 3-30-2026

Case 1:26-cv-22228-MFE Document 1 Entered on FLSD Docket 03/31/2026 Page 4 of 4